Name: Lucas Schneider
Mailing address: 2823 E. Tudor rd.
City, State, Zip: Anchorage AK 99507
Telephone: (907) 217-9319


RECEIVED
DEC 01 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Lucas C. Schneider,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Philip Pallenberg,

_____,

_____,
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. 3:23-CV-00271-SLG
(To be supplied by Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Lucas Schneider,
(print your name)

who presently resides at 2823 E. Tudor rd Anchorage AK 99507,
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Philip Pallenberg_ _____ is a citizen of
(name)
_AK_____, and is employed as a _Superior Judge of Alaska_____.
(state)                                    (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_AK_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 4-16-18 — 11-26-23, my civil right to Due Process, Freedom from Cruel and unusual Punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On or about 2-6-18 / 3-10-18 Mr. Pallenburg ordered a compentancy evaulation by a Phorensic Psycologist. Dr. MaCrea from Alaska Phyciatric hospital Performed the evaulation and deemed me of sound mind and said I was more than capoable of representing myself. With no proof or case law Mr. Pallenberg overruled his own medical expert witness and ordered me confined until a falsified label could be put in my medical Records and forever be labeled as a mental case. In those 9 months in Alaska Phyciatric Institute was horrible. All I can say is I was sudated and had surgical Contacts put in my eyes w/o consent and many more elicit activitties.
Mr. Pallenberg denied me my constitutional right 3 times to self represent, 5-24-2019 and 7-16-2018.
Mr. Pallenberg denied me access to the courts 4/24/19, 7-5-18, 7-10-18, 8-30-18, 1-8-19, 7-21-20.
On 5-28-21 I filed for Clarification on sentence. Mr. Pallenburg refused to answer until Febuary of 2022 then falsified the record to 12-27-21. This neglect kept me in Jail longer. Due process violation.
Mr. Pallenberg was made aware in October of 2020 that the D.A. Baily Wolfstead changed my Rule 11 plea agreement after I left the caurt house and refused to hear me in court over it. In same month Mr. Pallenberg knew and refused to act that my

life was threatned and coerced into a plea deal. My attorney at the time Nickolas Polasky failed to act as well.

Mr. Pallenberg instructed the clerk of Court to refuse all of my correspondence and access to my court file. There are many attempts.

Mr. Pallenberg deneid me a bailhearing for over a year and was only allowed one.

Then Mr. Pallenberg once again had the record changed to 5-28-2018. This is incorrect.

On or about 10-9-2020 Mr. Pallenberg allowed D.A. Baily Wolfstead to go on record and lye and overreach both of their authority to make it ilegal to talk to my Kids.

Mr. Pallenberg knew my ex wife did not ask for this condition.

Mr. Pallenberg also made part of my plea agreement to be off of probation in 2.5 Years if I did not have any new charges but change that as well to technical violations. This is double jeoprady my probation has started over

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 2,600,000

2. Punitive damages in the amount of $ 2,600,000

3. An order requiring defendant(s) to Fix the record and apologize

4. A declaration that ~~scribbled out~~

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at 2823 E. Tudor Rd. on 11-28-23
           (Location)                      (Date)

_[signature]_
(Plaintiff's Original Signature)

_____    _____
Original Signature of Attorney (if any)    (Date)

_____
_____
_____
Attorney's Address and Telephone Number

UNITED STATES District
For The District of ALASKA
222 W. 7th Ave. #4
Anchorage, AK 99513-7564

LUCAS SCHNEIDER
2833 E. Tudor [?]
Anchorage AK 99507